UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| GUY A. LONG, | ) | CASE NO:  1:23-cr-00635 |
| Petitioner, | ) | 1:25-cv-02196 |
| | ) | |
| v. | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | <u>ORDER</u> |
| | ) | |

Petitioner, filed a motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct sentence.  This case does not necessitate a case management conference as contemplated by Local Rule 16.3.  This case is hereby assigned to the administrative track as it is expected that this case may be resolved on the pleadings pursuant to 18 U.S.C. 2255 and the Rules Governing Section 2255 Proceedings.

Defendant-Respondent, United States of America, shall file an answer to the 2255 Motion to Vacate/Correct Illegal Sentence and to the other pending motions within thirty (30) days of this Order.  The answer shall comply with Rule of the Rules Governing 2255 Proceedings.  Plaintiff-Movant shall have thirty (30) days from the filing of Respondent's answer to file a brief.

      Briefs filed by the parties shall contain a summary of the facts; statements of the applicable law; specific references to portions of the record by page or exhibit number; and citations to relevant case and statutory authorities upon which they rely.

      IT IS SO ORDERED.

                                                s/ Christopher A. Boyko\
                                                CHRISTOPHER A. BOYKO\
                                                Senior United States District Judge

Dated: October 15, 2025